IN THE SUPREME COURT OF THE STATE OF DELAWARE

JULIUS SMITH, § 
§ 
Defendant Below, § No. 290, 2025
Appellant, § 
§ Court Below—Superior Court
v. § of the State of Delaware
§ 
STATE OF DELAWARE, § Cr. ID No. 2105000991 (N)
§ 
Appellee. § 

Submitted: January 23, 2026
Decided: March 26, 2026

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## **ORDER**

After consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons stated in the Superior Court's order, dated June 2, 2025, denying the motion to correct an illegally imposed sentence. Absent plain error, which we do not find here, we decline to consider the arguments that the appellant raises for the first time on appeal.[1]

---

[1] Del. Supr. Ct. R. 8.

NOW, THEREFORE, IT IS ORDERED that the Superior Court's judgment is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice